*Michael T. McCormack* and *Paul Guggina*, in support of the petition.

*Richard P. Weinstein* and *Nathan A. Schatz*, in opposition.

Decided February 6, 2008

STEPHEN BEECHER ET AL. *v.* STATE ELECTRICAL WORK EXAMINING BOARD

The plaintiffs' petition for certification for appeal from the Appellate Court, 104 Conn. App. 655 (AC 27856), is denied.

*Richard M. Franchi*, in support of the petition.

*Robert W. Clark*, assistant attorney general, in opposition.

Decided February 14, 2008

IN RE ANTHONY H. ET AL.

The petition by the respondent mother for certification for appeal from the Appellate Court, 104 Conn. App. 744 (AC 28275), is denied.

*Roseann C. Canny*, in support of the petition.

*Michael J. Besso*, assistant attorney general, in opposition.

Decided February 14, 2008

JAMES P. PURCELL ASSOCIATES, INC. *v.* J. MARTIN HENNESSEY ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 105 Conn. App. 1 (AC 27515), is denied.